UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 3:10-CV-398 |
| | § | |
| VALERO REFINING-TEXAS L.P., | § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

Pursuant to the Memorandum and Order entered in this case granting Defendant's Motion for Summary Judgment, Plaintiffs shall take nothing in their suit against Defendant Valero Refining-Texas L.P. All costs of court are taxed against the party incurring the same.

This is a final judgment.

IT IS SO ORDERED.

SIGNED this 13th day of March, 2013.

_____
Gregg Costa
United States District Judge